UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Carli,<br><br>                    Plaintiff,<br><br>        v.<br><br>NORRIS GROUP COMMUNITY<br>REINVESTMENT, LP;<br>JPMORGAN CHASE BANK,<br>N.A.; MTC FINANCIAL<br>INC.; and DOES 1 through<br>10, inclusive,<br><br>                    Defendants. | Case No.<br>ED CV 13-01417-JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant MTC Financial Inc. is DISMISSED from Plaintiff's Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>November 4, 2013</u>        _____
                                        JESUS G. BERNAL
                                  United States District Judge